Appendix A - Yuengling Industrial User Permit Violations for the Old Brewery (IU Permit No. 1-7) and New Brewery (IU Permit No. 1-8)

| Brewery | Permit Number | Date | Parameter | Sample Type (Daily/Monthly) | Reported Values | Permit Limit | Days of Violation | Type of Violation |
|---|---|---|---|---|---|---|---|---|
| New Brewery | Permit No. 1-8 | 12/15/08 | Zinc | Monthly | N/A | 1 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 12/3/08 | Zinc | Monthly | N/A | N/A | 1 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 12/3/08 | Zinc | Monthly | 1.1 | 1 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 1/15/09 | Zinc | Monthly | N/A | 1 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 1/7/09 | Zinc | Monthly | N/A | N/A | 1 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 1/7/09 | Zinc | Monthly | 1.33 | 1 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 2/1/09 | Zinc | Monthly | N/A | 1 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 2/15/09 | Zinc | Monthly | N/A | N/A | 1 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 2/6/09 | Zinc | Monthly | 1.33 | 1 | 28 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 3/1/09 | DMR | Monthly | N/A | N/A | 1 | DMR Not Submitted on Time |
| New Brewery | Permit No. 1-8 | 4/1/09 | DMR | Monthly | N/A | N/A | 1 | DMR Not Submitted on Time |
| New Brewery | Permit No. 1-8 | 4/15/09 | Zinc | Monthly | N/A | 1 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 4/15/09 | Zinc | Monthly | N/A | N/A | 1 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 4/15/09 | Zinc | Monthly | 1.1 | 1 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 9/1/10 | DMR | Monthly | N/A | N/A | 30 | No DMR Submitted |
| New Brewery | Permit No. 1-8 | 12/8/10 | Zinc | Monthly | N/A | N/A | 1 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 12/8/10 | Zinc | Monthly | 1.11 | 1 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 1/6/11 | Zinc | Monthly | 1.18 | 1 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 4/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| New Brewery | Permit No. 1-8 | 4/15/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 5/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| New Brewery | Permit No. 1-8 | 5/15/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 6/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| New Brewery | Permit No. 1-8 | 6/15/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 7/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| New Brewery | Permit No. 1-8 | 7/15/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 8/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| New Brewery | Permit No. 1-8 | 8/15/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 10/13/11 | BOD | Monthly | N/A | 1400 | 1 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 10/15/11 | BOD | Monthly | N/A | 1400 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 10/13/11 | BOD | Monthly | 2289.33 | 1400 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 1/24/12 | BOD | Monthly | N/A | 1400 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 1/24/12 | BOD | Monthly | Invalid | 1400 | 31 | Sampling Error |
| New Brewery | Permit No. 1-8 | 4/1/12 | Phosphorus | Monthly | N/A | 10 | 30 | No Sampling of Parameter |
| New Brewery | Permit No. 1-8 | 5/1/12 | Phosphorus | Monthly | N/A | 10 | 31 | No Sampling of Parameter |
| New Brewery | Permit No. 1-8 | 6/1/12 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 6/12/12 | Phosphorus | Monthly | 31.1 ; 24.8 | 10 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 6/27/12 | Phosphorus | Monthly | 29.2 | 10 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/31/12 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 7/5/12 | Phosphorus | Monthly | 13.4 | 10 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/18/12 | Phosphorus | Monthly | 23 | 10 | 1 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/31/12 | Phosphorus | Monthly | 31.8 | 10 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 8/15/12 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 8/14/12 | Phosphorus | Monthly | 18.4 | 10 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 9/25/12 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 9/11/12 | Phosphorus | Monthly | 20 | 10 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 9/25/12 | Phosphorus | Monthly | 24.1 | 10 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 10/15/12 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 10/9/12 | Phosphorus | Monthly | 33.1 | 10 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 11/15/12 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 11/13/12 | Phosphorus | Monthly | 26.1 | 10 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 12/15/12 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 12/11/12 | Phosphorus | Monthly | 30.9 | 10 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 1/15/13 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 1/8/13 | Phosphorus | Monthly | 25.4 | 10 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 2/15/13 | Phosphorus | Monthly | N/A | 10 | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 2/6/13 | Phosphorus | Monthly | 14.4 | 10 | 28 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 4/1/13 | DMR | Monthly | N/A | N/A | 30 | No DMR Submitted |
| New Brewery | Permit No. 1-8 | 6/1/13 | BOD | Monthly | N/A | N/A | 1 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 6/15/13 | BOD | Monthly | N/A | N/A | 1 | No Resample |
| New Brewery | Permit No. 1-8 | 6/6/13 | BOD | Monthly | 2288.48 | 1832 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/24/13 | BOD | Monthly | 2115.77 | 1832 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/31/13 | BOD | Monthly | 2722.56 | 1832 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 9/11/13 | BOD | Monthly | 1942.11 | 1832 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 9/25/13 | BOD | Monthly | 1945.79 | 1832 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 10/2/13 | BOD | Monthly | 2359.29 | 1832 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 11/14/13 | BOD | Monthly | 3811.8 | 1832 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 11/26/13 | BOD | Monthly | 3195.3 | 1832 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 4/1/14 | N/A | Monthly | N/A | N/A | 30 | No Report of Violation |
| New Brewery | Permit No. 1-8 | 5/29/14 | TSS | Monthly | 3729.72 | 1832 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 5/29/14 | BOD | Monthly | 12505.54 | 1832 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 6/18/14 | BOD | Monthly | 11686.18 | 1832 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/1/14 | BOD | Monthly | 14152.53 | 1832 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/9/14 | BOD | Monthly | 7264.4 | 1832 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 7/18/14 | BOD | Monthly | 7484.06 | 1832 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 8/14/14 | BOD | Monthly | 13493.34 | 1832 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 8/14/14 | Phosphorus | Monthly | 43.6 | 10 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 8/14/14 | Mercury | Monthly | 0.00392 | 0.002 | 31 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 8/26/14 | BOD | Monthly | 8327.71 | 1832 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 8/26/14 | Mercury | Monthly | 0.0027 | 0.002 | 1 | Resample Limit Exceedance |
| New Brewery | Permit No. 1-8 | 8/26/14 | Mercury | Monthly | N/A | N/A | 1 | No report of Resample Violation |
| New Brewery | Permit No. 1-8 | 9/10/14 | BOD | Monthly | 3630.02 | 1832 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 9/10/14 | TSS | Monthly | 3841.29 | 1251 | 30 | Limit Exceedance |
| New Brewery | Permit No. 1-8 | 9/17/14 | TSS | Monthly | N/A | N/A | 1 | No resample |
| Old Brewery | Permit No. 1-7 | 12/3/08 | BOD | Monthly | 2779.51 | 1150 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 1/1/09 | Zinc | Monthly | N/A | 1 | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 1/7/09 | Zinc | Monthly | 2.5 | 1 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 1/7/09 | Zinc | Monthly | N/A | 1 | 1 | No Report of Violation |
| Old Brewery | Permit No. 1-7 | 6/24/09 | BOD | Monthly | 4440.72 | 1150 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 9/22/09 | BOD | Monthly | 1467.57 | 1150 | 30 | Limit Exceedance |

Appendix A - Yuengling Industrial User Permit Violations for the Old Brewery (IU Permit No. 1-7) and New Brewery (IU Permit No. 1-8)

| Facility | Permit | Date | Parameter | Frequency | Result | Limit | Days | Violation Type |
|---|---|---|---|---|---|---|---|---|
| Old Brewery | Permit No. 1-7 | 9/30/09 | BOD | Monthly | 1346.82 | 1150 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 2/1/10 | BOD | Monthly | N/A | 1150 | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 2/18/10 | BOD | Monthly | 1544.09 | 1150 | 28 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 3/2/10 | BOD | Monthly | 1356.41 | 1150 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 3/19/10 | BOD | Monthly | 1397.47 | 1150 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 3/26/10 | BOD | Monthly | 1262.34 | 1150 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 4/8/10 | BOD | Monthly | 1519.58 | 1150 | 30 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 5/13/10 | BOD | Monthly | 4889.2 | 1150 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 5/20/10 | BOD | Monthly | 2434.33 | 1150 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 7/1/10 | BOD | Monthly | N/A | 1150 | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 7/1/10 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 7/23/10 | pH | Monthly | 4.9 | No less than 5 S.U. | 1 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 7/23/10 | BOD | Monthly | 1258.67 | 1150 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 8/1/10 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 8/20/10 | pH | Monthly | 4.8 | No less than 5 S.U. | 1 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 9/1/10 | DMR | Monthly | N/A | N/A | 30 | No DMR Submitted |
| Old Brewery | Permit No. 1-7 | 2/11/11 | BOD | Monthly | 5665.3 | 1150 | 28 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 2/18/11 | BOD | Monthly | 2383.34 | 1150 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 2/25/11 | BOD | Monthly | 2408.79 | 1150 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 3/10/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 3/10/11 | BOD | Monthly | 10,511.49 | 1150 | 30 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 4/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 4/1/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 5/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 5/1/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 6/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 6/1/11 | pH | Monthly | N/A | No less than 5 S.U. | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 7/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 7/14/11 | BOD | Monthly | 2594.48 | 1150 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 7/22/11 | BOD | Monthly | 2148.24 | 1150 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 8/1/11 | pH | Monthly | N/A | Immediate (15 minutes) | 1 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 8/11/11 | BOD | Monthly | 1987.03 | 1150 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 11/1/11 | BOD | Monthly | N/A | 1150 | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 11/11/11 | BOD | Monthly | 2367.56 | 1150 | 30 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 2/10/12 | BOD | Monthly | 3420.43 | 1150 | 29 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 4/5/12 | Phosphorus | Monthly | N/A | 10 | 30 | No Sampling of Parameter |
| Old Brewery | Permit No. 1-7 | 5/4/12 | Phosphorus | Monthly | N/A | 10 | 31 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 9/11/12 | BOD | Monthly | 0 | 2252 | 30 | Sampling Error |
| Old Brewery | Permit No. 1-7 | 10/23/12 | pH | Monthly | 11.4 | No less than 5 or greater | 1 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 10/23/12 | BOD | Monthly | N/A | 2252 | 1 | Resampling Submitted Late |
| Old Brewery | Permit No. 1-7 | 12/1/12 | BOD | Monthly | N/A | 2252 | 1 | No Resample |
| Old Brewery | Permit No. 1-7 | 12/11/12 | BOD | Monthly | 2794.63 | 2252 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 3/12/13 | BOD | Monthly | 2567.19 | 2252 | 30 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 4/1/13 | DMR | Monthly | N/A | N/A | 30 | No DMR Submitted |
| Old Brewery | Permit No. 1-7 | 7/3/13 | BOD | Monthly | 3160 | 2252 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 8/14/14 | BOD | Monthly | 5190 | 2252 | 31 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 11/12/2014 | pH | Monthly | 11.89 | No less than 5 or greater | 1 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 2/10/15 | BOD | Monthly | 4780 | 2252 | 28 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 2/25/15 | BOD | Monthly | 2300 | 2252 | 1 | Resample Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 6/10/15 | BOD | Monthly | 6100 | 2252 | 1 | Limit Exceedance |
| Old Brewery | Permit No. 1-7 | 6/23/15 | BOD | Monthly | 3500 | 2252 | 1 | Resample Limit Exceedance |